Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAMBARD ENTERPRISES, INC., a California corporation,<br><br>    Defendant. | Case No.: C09-5189 SBA<br><br>**ORDER GRANTING SUMMARY JUDGMENT FOR PLAINTIFFS**<br><br>Judge:   The Honorable Saundra B. Armstrong |

Plaintiffs' Motion for Summary Judgment filed by Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, its Joint Board of Trustees, and Doug Christopher as Trustee; District Council 16 Northern California Apprentice & Journeyman Training Trust Fund; Resilient Floor Covering Pension Fund, its Board of Trustees, and Steve Havens as Trustee; Central Coast Counties Floor Covering Industry Pension Fund; and District Council 16 of the International Union of Painters and Allied Trades appeared and presented, or in the alternative, were submitted on the papers.

After considering the moving and opposing papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED in its entirety.

/ / /

G:\SBALC1\LORI\CIVIL\Orders\C09-5189 Lambard Order MSJ.DOC

Plaintiffs shall recover the following from Defendant:

| | | | |
|---|---|---|---|
| July 2009 | Contributions ($10,320.24) | PAID | |
| | 10% Liquidated Damages or $750 Cap | $750.00 | |
| | 5% Interest (9/1/09 – 9/23/09) | $31.10 | |
| | | | $781.10 |
| August 2009 | Contributions | $65,619.76 | |
| | 20% Liquidated Damages | $13,123.95 | |
| | 5% Interest (through 3/15/10) | $1,779.82 | |
| | | | $80,523.53 |
| September 2009 | Contributions | $5,014.23 | |
| | 20% Liquidated Damages | $1,002.85 | |
| | 5% Interest (through 3/15/10) | $110.45 | |
| | | | $6,127.53 |
| October 2009 | Contributions | $5,101.12 | |
| | 20% Liquidated Damages | $1,020.22 | |
| | 5% Interest (through 3/15/10) | $87.21 | |
| | | | $6,208.55 |
| November 2009 | Contributions | $12,765.72 | |
| | 20% Liquidated Damages | $2,553.14 | |
| | 5% Interest (through 3/15/10) | $153.19 | |
| | | | $15,472.05 |
| December 2009 | Contributions | $7,862.54 | |
| | 20% Liquidated Damages | $1,572.51 | |
| | 5% Interest (through 3/15/10) | $54.28 | |
| | | | $9,489.33 |
| January 2010 | Contributions (*Estimated because Unreported*) | $8,142.36 | |
| | 20% Liquidated Damages | $1,628.47 | |
| | 5% Interest (through 3/15/10) | $18.74 | |
| | | | $9,789.57 Est. |
| | | **SUB-TOTAL** | **$128,391.67** |
| Attorneys Fees (10/23/09 – 3/16/09) | | | $11,528.50 |
| Costs of Suit (through 12/23/09) | | | $540.00 |
| | | **TOTAL** | **$140,460.17** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  Contributions totaling **$104,505.73** shall continue to accrue 5% per annum interest from March
2  17, 2010 to date of satisfaction of Judgment, in accordance to the Collective Bargaining
3  Agreement and Trust Agreements, and post judgment interest shall accrue on the remaining
4  amounts due of **$35,954.44**.

5

6  Date:_7/15/10                                    _____/s/ Saundra B. Armstrong_____
7                                                        UNITED STATES DISTRICT COURT

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
**[PROPOSED] ORDER**
**Case No.: C09-5189 SBA**

G:\SBALC1\LORI\CIVIL\Orders\C09-5189 Lambard Order MSJ.DOC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery St., Suite 2110, San Francisco, California 94104.

On March 16, 2010, I served the following document(s):

**[PROPOSED] ORDER**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

*Attorney for Defendant:*

**E. Scott Holdbrook, Jr., Esq.**
**Crawford & Bangs, LLP**
**1290 E. Center Court Drive**
**Covina, California 91724-3600**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of March, 2010, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C09-5189 SBA**

G:\SBALC1\LORI\CIVIL\Orders\C09-5189 Lambard Order MSJ.DOC