UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAMBARD ENTERPRISES, INC.,<br><br>Defendant. | Case No: C 09-05189 SBA<br><br>**JUDGMENT** |

In accordance with the Court's July 16, 2010 Order Granting Summary Judgment for Plaintiffs,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiffs. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: August 25, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge